# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00361-CV

### In re Leon Paul Savoy; Texas Curb Cut, LP; and Texas Cutting & Coring, LP

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators Leon Paul Savoy, Texas Curb Cut, LP, and Texas Cutting & Coring, LP have filed a petition for writ of mandamus and an emergency motion to stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay all proceedings and deadlines in the trial court, including the trial set for June 3, 2019, pending further order of this Court. *See id.* 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before June 10, 2019.

It is ordered on May 31, 2019.

Before Chief Justice Rose, Justices Kelly and Smith